AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## *Southern District of Georgia*

TOMMY WALKER,

    Petitioner,

                       JUDGMENT IN A CIVIL CASE

          V.                  CASE NUMBER: CV314-017

UNITED STATES OF AMERICA,

    Respondent.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Order of this Court entered on April 13, 2015, the Report and Recommendation of the Magistrate Judge is ADOPTED as the opinion of this Court. Therefore, the petition under 2255 is DENIED, judgment is hereby ENTERED in favor of the Respondent and this civil action stands CLOSED.

April 13, 2015                          Scott L. Poff
*Date*                                         *Clerk*

                                                  *(By) Deputy Clerk*

GAS Rev 10/1/03